No. 604.   WESTERN ASSURANCE COMPANY OF TORONTO, PETITIONER, *v.* WILLIAM H. HALLIDAY ET AL.   March 21, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Hartwell Cabell* and *Mr. Jackson H. Ralston* for petitioner.   *Mr. Edward L. Taylor, Jr., Mr. Carl T. Webber* and *Mr. A. T. Seymour* for respondents.

———

No. 619.   JOHN P. VIRDIN, ETC., PETITIONER, *v.* STEAMER ANSGAR, ETC.; and No. 620.   JOHN P. VIRDIN, ETC., PETITIONER, *v.* OSCAR ELLEFSEN, MASTER, ETC.   March 21, 1904. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. Horace L. Cheyney* and *Mr. John F. Lewis* for petitioner.   *Mr. Frederick M. Brown* for respondents.

———

No. 598.   KELLER TOOL COMPANY ET AL., PETITIONERS, *v.* JOSEPH BOYER.   April 4, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. E. Hayward Fairbanks, Mr. Hector T. Fenton* and *Mr. William A. Maury* for petitioners.   *Mr. John R. Bennett* for respondent.

———

No. 610.   E. J. ROBERTS, PETITIONER, *v.* THE UNITED STATES.   April 4, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied   *Mr. Cecil H. Smith* and *Mr. Frank Lee* for petitioner.